NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BETEIRO, LLC,**
*Plaintiff-Appellant*

v.

**DRAFTKINGS INC., POINTSBET USA, INC., BETMGM, LLC, HILLSIDE NEW JERSEY LLC, BETFAIR INTERACTIVE US LLC, TSG INTERACTIVE US SERVICES LTD. CORP., ODS TECHNOLOGIES LP, KINDRED GROUP PLC, TRANNEL INTERNATIONAL, LTD., UNIBET INTERNATIONAL, LTD., UNIBET INTERACTIVE, INC.,**
*Defendants-Appellees*

---

2022-2275, 2022-2277, 2022-2278, 2022-2279, 2022-2281, 2022-2283

---

Appeal from the United States District Court for the District of New Jersey in No. 1:21-cv-20148-CPO-SAK, 1:21-cv-20155-CPO-SAK, 1:21-cv-20156-CPO-SAK, 1:21-cv-20158-CPO-SAK, 1:22-cv-00577-CPO-SAK, 1:22-cv-01536-CPO-SAK, Judge Christine P. O'Hearn.

---

**O R D E R**

On consideration of the notice filed on October 28, 2022, a motion of the type enumerated in Fed. R. App. P. 4(a)(4) has been filed in the United States District Court for the District of New Jersey rendering the notices of appeal ineffective, it is

ORDERED that the appeals be, and it hereby is, DEACTIVATED.

The appeals will be reactivated upon entry of the order disposing of the last such outstanding motion.

FOR THE COURT

November 1, 2022
　　Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court